**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

May 29, 2008

TO COUNSEL OF RECORD:

CIVIL NUMBER: **CV 08-02700 SC**

CASE TITLE: **MICHAEL A. GBADEBO -v- ABRAHAM OSHUNTOLA**

BANKRUPTCY NUMBER: **00-40301**

## NOTICE OF BRIEFING

    The Record on Appeal in the above matter was entered in the docket of this Court on 5/29/08. Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length on 6/30/08 (30 days after entry in the District Court docket).

    The appellee must serve and file a brief not exceeding 25 pages in length 20 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

    The appellant must serve and file a reply brief not exceeding 15 pages in length 10 days after service of appellee's brief. If the appellee has filed a cross-appeal, the appellant must include its opposition in its reply brief.

    The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 10 days after service of appellant's brief.

    Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise the matter will be deemed submitted for decision.

RICHARD W. WIEKING, Clerk

by: Alfred Amistoso  
Case Systems Administrator