Mark S. Bostick, Bar No. 111241
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Appellee,
Abraham Oshuntola

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. GBADEBO,<br><br>    Appellant,<br><br>vs.<br><br>ABRAHAM OSHUNTOLA,<br><br>    Appellee. | No. C-**08-02700 SC**<br><br>(Bankruptcy Case No.: 00-40301;<br>Adversary Proceeding No. 07-04110;<br>BAP No.: NC-08-1118)<br><br>**MOTION TO DISMISS APPEAL FOR LACK OF PROSECUTION** |

Appellee, Abraham Oshuntola, hereby moves for an order dismissing the above bankruptcy appeal on the grounds of lack of prosecution. The appellant, Michael A. Gbadebo, has failed to file his Appeal Brief, which was due on July 21st, and no extension was sought or granted.

Accordingly, Appellee, Abraham Oshuntola, requests that the appeal be dismissed.

Dated: August 4, 2008          WENDEL, ROSEN, BLACK & DEAN LLP

By: */s/ Mark S. Bostick*
    Mark S. Bostick
    Attorneys for Appellee,
    Abraham Oshuntola

*MOTION TO DISMISS APPEAL
FOR LACK OF PROSECUTION*

014869.0001\1021196.1

1  Mark S. Bostick, Bar No. 111241
   **WENDEL, ROSEN, BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Oakland, California 94607-4036
3  Telephone: (510) 834-6600
   Fax: (510) 834-1928
4  Email: mbostick@wendel.com

5  Attorneys for Appellee,
   Abraham Oshuntola

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL A. GBADEBO, | No. C-**08-02700 SC**
12 |     Appellant, | (Bankruptcy Case No.: 00-40301;
                     Adversary Proceeding No. 07-04110;
13 |     vs. | BAP No.: NC-08-1118)
14 | ABRAHAM OSHUNTOLA, | **CERTIFICATE OF SERVICE**
15 |     Appellee. |

16

17        I, Sheila Spearman, declare:

18        I am a citizen of the United States and am employed in the County of Alameda. I am over

19 the age of 18 years and not a party to the within-entitled action. My business address is 1111

20 Broadway, 24th Floor, Oakland, California, 94607-4036.

21        On August 4, 2008, I caused to be served the following document(s):

22        **MOTION TO DISMISS APPEAL FOR LACK OF PROSECUTION**

23 [X]  **(by mail)** by placing a true and correct copy thereof enclosed in a sealed envelope with
        first-class postage prepaid in a designated area for outgoing mail, addressed as set forth
24      below. At Wendel, Rosen, Black & Dean, LLP, mail placed in that designated area is
        given the correct amount of postage and is deposited that same day, in the ordinary course
25      of business, in a United States mailbox in the City of Oakland, California.

26 Lawrence L. Szabo, Esq.
   3608 Grand Ave. #1
27 Oakland, CA 94610-2024

28 / / /

1 |       I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct.  Executed on August 4, 2008, at Oakland, California.

                                          /s/ *Sheila Spearman*
                                          Sheila Spearman

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036