Mark S. Bostick, Bar No. 111241
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Appellee,
Abraham Oshuntola

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. GBADEBO,<br><br>  Appellant,<br><br>vs.<br><br>ABRAHAM OSHUNTOLA,<br><br>  Appellee. | No. C-**08-02700 SC**<br><br>(Bankruptcy Case No.: 00-40301;<br>Adversary Proceeding No. 07-04110;<br>BAP No.: NC-08-1118)<br><br>**ORDER DISMISSING APPEAL FOR LACK OF PROSECUTION** |

Upon the ex parte Motion to Dismiss Appeal for Lack of Prosecution by Appellee herein, Abraham Oshuntola, seeking dismissal of this appeal on the grounds of lack of prosecution, after reviewing all of the papers on file herein, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The motion is granted; and

2. The within pending appeal be, and is, hereby dismissed.

Dated: _____

The Honorable Samuel Conti
Judge of the U.S. District Court