Mark S. Bostick, Bar No. 111241
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Appellee,
Abraham Oshuntola

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL A. GBADEBO, | No. C-**08-02700 SC** |
|---|---|
| Appellant, | (Bankruptcy Case No.: 00-40301; Adversary Proceeding No. 07-04110; BAP No.: NC-08-1118) |
| vs. | |
| ABRAHAM OSHUNTOLA, | **MOTION TO DISMISS APPEAL FOR LACK OF PROSECUTION** |
| Appellee. | |

Appellee, Abraham Oshuntola, hereby moves for an order dismissing the above bankruptcy appeal on the grounds of lack of prosecution. The appellant, Michael A. Gbadebo, has failed to file his Appeal Brief, which was due on July 21st, and no extension was sought or granted.

Accordingly, Appellee, Abraham Oshuntola, requests that the appeal be dismissed.

Dated: August 4, 2008   WENDEL, ROSEN, BLACK & DEAN LLP



By: */s/ Mark S. Bostick*
Mark S. Bostick
Attorneys for Appellee,
Abraham Oshuntola

August 5, 2008

*MOTION TO DISMISS APPEAL FOR LACK OF PROSECUTION*

014869.0001\1021196.1